Submitted December 22, 2015, affirmed January 27, petition for review denied September 15, 2016 (360 Or 401)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARK DANIEL PANNELL,
*Defendant-Appellant.*

Marion County Circuit Court
13C40773; A156313

366 P3d 800

Peter Gartlan, Chief Defender, and Robin A. Jones, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Hadlock, Chief Judge, and Egan, Judge.

PER CURIAM

Affirmed. *State v. Barnes*, 329 Or 327, 986 P2d 1160 (1999).